UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**

January 30, 2026

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

AMRIK S.,

Petitioner,

v.

KRISTI NOEM, et al.,

Respondents.

No.  2:26-cv-00049-TLN-CSK

**MINUTE ORDER**

Petitioner, an immigration detainee proceeding through counsel, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.  Petitioner paid the filing fee.  Rule 1(b) of the Rules Governing Habeas Corpus Cases Under Section 2254 allows a district court to apply any or all of the rules to other types of habeas corpus petitions including § 2241 petitions.

On January 9, 2026, the district court granted petitioner's motion for a temporary restraining order and ordered petitioner's immediate release.  (ECF No. 9.)  On January 20, 2026, the district court ordered a preliminary injunction, denied respondents' request for a 180-day briefing schedule on the merits of the petition and referred this matter to the United States Magistrate Judge for further proceedings.  (ECF No. 10.)

On January 27, 2026, respondents filed a request for a 120-day briefing schedule.  (ECF No. 11.)  On January 28, 2026, petitioner filed an opposition to respondents' request for a 120-day briefing schedule.  (ECF No. 12.)  Respondents' request for a 120-day briefing schedule (ECF No. 11) is **denied** on the same grounds the district court denied respondents' request for a 180-day briefing schedule.

Within **7 days** of the date of this order, the parties shall inform the Court if additional briefing is needed on the merits of the petition or if the petition can be decided on the merits based on the record currently before the court without any additional briefing.  If the parties do not inform the Court by this deadline that additional briefing is needed to decide the petition on the merits, the Court will interpret this as confirmation that additional briefing is <u>not</u> needed to decide the petition on the merits.

Accordingly, IT IS HEREBY ORDERED that:

1. Respondents' request for a 120-day briefing schedule (ECF No. 11) is **denied**.

2. Within **7 days** of the date of this order, the parties shall inform the Court if additional briefing is needed on the merits of the petition or if the petition can be decided on the merits based on the record currently before the court without any additional briefing.  **If the parties do not inform the Court by this deadline that additional briefing is needed to decide the petition on the merits, the Court will interpret this as confirmation that additional briefing is <u>not</u> needed to decide the petition on the merits.**