UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMRIK S., | Case No. 2:26-cv-00049-TLN-CSK |
| Petitioner, | [A# 246-995-340] |
| v. | **ORDER** |
| KRISTI NOEM, et al., | |
| Respondents. | |

Petitioner, an immigration detainee prisoner proceeding through counsel, filed an Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On March 18, 2026, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. Respondents filed objections to the findings and recommendations to preserve the right to appeal. (ECF No. 18.)

The Court presumes that any findings of fact are correct. *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed de novo. *See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983). The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (ECF No. 17) are adopted in full.

2. The Petition for Writ of Habeas Corpus (ECF No. 1) is GRANTED.

3. A permanent injunction is issued enjoining and restraining respondents from re-detaining Petitioner Amrik S. (A# 246-995-340) unless the government demonstrates, by clear and convincing evidence at a pre-deprivation bond hearing before a neutral decisionmaker, that petitioner is a flight risk or danger to the community such that his physical custody is legally justified, or the government shows material changed circumstances demonstrate a significant likelihood of Petitioner's removal in the reasonably foreseeable future. Petitioner shall be allowed to have his counsel present at any such hearing.

4. The Clerk of the Court is directed to enter judgment for Petitioner and close this case.

IT IS SO ORDERED.

Date: April 13, 2026

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE

2